1  GARMAN TURNER GORDON LLP
   ERIKA PIKE TURNER
2  Nevada Bar No. 6454
   Email: eturner@gtg.legal
3  JARED M. SECHRIST
   Nevada Bar No. 10439
4  Email: jsechrist@gtg.legal
   7251 Amigo Drive, Suite 210
5  Las Vegas, Nevada 89119
   Tel: (725) 777-3000
6  Fax: (725) 777-3112

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| MY DAILY CHOICE, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>KISS NUTRACEUTICALS, LLC, a Colorado limited liability company; COLE T. EVANS, an individual,<br><br>Defendants. | CASE NO.: 2:25-cv-00205-CDS-MDC<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL DAVID A. PECK, ESQ.** |

Plaintiff MY DAILY CHOICE, INC. ("MDC"") through its counsel of record, Garman Turner Gordon LLP, gives notice of David A. Peck, Esq.'s withdrawal as counsel. Mr. Peck will not be submitting his Verified Petition and Designation of Local Counsel, and on that basis seeks to withdraw his appearance on this matter.

Undersigned counsel certifies that Client consents to the withdrawal from the above-captioned case.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Garman Turner Gordon
7251 Amigo Street
Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

1 of 2

1  Josh Zwagil, President of My Daily Choice, Inc., hereby consents to attorney David A.
2  Peck, Esq.'s withdrawal as counsel for Plaintiff My Daily Choice, Inc.

DATED: February 14, 2025.   By *Josh Zwagil* _____
Josh Zwagil of My Daily Choice, Inc.

Dated this 14th day of February 2025.                Dated this 14th day of February 2025.

GARMAN TURNER GORDON LLP                             COAST LAW GROUP, LLP

 /s/ Jared M. Sechrist                                /s/ David A. Peck
ERIKA PIKE TURNER                                    DAVID A. PECK
Nevada Bar No. 6454                                  Cal. Bar No. 171854
JARED M. SECHRIST                                    1140 S. Coast Highway 101
Nevada Bar No. 10439                                 Encinitas, California
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119                              *Attorneys for Plaintiff, My Daily Choice, Inc*

*Attorneys for Plaintiff, My Daily Choice, Inc*

IT IS SO ORDERED. The motion is unopposed and the motion is granted.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 3-11-25

Garman Turner Gordon
7251 Amigo Street
Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

2 of 2