GARMAN TURNER GORDON LLP
ERIKA PIKE TURNER
Nevada Bar No. 6454
Email: eturner@gtg.legal
JARED M. SECHRIST
Nevada Bar No. 10439
Email: jsechrist@gtg.legal
7251 Amigo Drive, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MY DAILY CHOICE, INC., a Nevada corporation, | CASE NO.: 2:25-cv-00205-CDS-MDC |
| Plaintiff, | |
| v. | **NOTICE OF WITHDRAWAL OF COUNSEL ROSS M. CAMPBELL, ESQ.** |
| KISS NUTRACEUTICALS, LLC, a Colorado limited liability company; COLE T. EVANS, an individual, | |
| Defendants. | |

Plaintiff MY DAILY CHOICE, INC. ("MDC") through its counsel of record, Garman Turner Gordon LLP, gives notice of Ross M. Campbell, Esq.'s withdrawal as counsel. Mr. Campbell will not be submitting his Verified Petition and Designation of Local Counsel, and on that basis seeks to withdraw his appearance on this matter.

Undersigned counsel certifies that Client consents to the withdrawal from the above-captioned case.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Garman Turner Gordon
7251 Amigo Street
Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

1 of 2

Josh Zwagil, President of My Daily Choice, Inc., hereby consents to attorney Ross M. Campbell, Esq.'s withdrawal as counsel for Plaintiff My Daily Choice, Inc.

DATED: February 14, 2025.          By: *Josh Zwagil* _____
                                   Josh Zwagil of My Daily Choice, Inc.

Dated this 14th day of February 2025.            Dated this 14th day of February 2025.

GARMAN TURNER GORDON LLP                         COAST LAW GROUP, LLP

 /s/ Jared M. Sechrist                            /s/ Ross M. Campbell
ERIKA PIKE TURNER                                Ross M. Campbell
Nevada Bar No. 6454                              Cal. Bar No. 234827
JARED M. SECHRIST                                1140 S. Coast Highway 101
Nevada Bar No. 10439                             Encinitas, California
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119                          *Attorneys for Plaintiff, My Daily Choice, Inc*

*Attorneys for Plaintiff, My Daily Choice, Inc*

IT IS SO ORDERED. The motion is unopposed and the motion is granted.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 3-11-25

Garman Turner Gordon
7251 Amigo Street
Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

2 of 2