JARED M. SECHRIST
Nevada Bar No. 10439
Email: jsechrist@watttieder.com
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
7251 W. Lake Mead Blvd., Suite 300
Las Vegas, Nevada 89128
Tel: (702) 867-6051

Attorneys for Plaintiff My Daily Choice, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MY DAILY CHOICE, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>KISS NUTRACEUTICALS, LLC, a Colorado limited liability company; COLE T. EVANS, an individual,<br><br>Defendants. | CASE NO.: 2:25-cv-00205-CDS-MDC<br><br>**SUBSTITUTION OF ATTORNEY** |

Plaintiff, MY DAILY CHOICE, INC., hereby substitutes attorney Jared M. Sechrist of the law firm WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P., 7251 W. Lake Mead Blvd., Suite 300, Las Vegas, Nevada 89128 (702) 867-6051, as attorney of record in place and stead of Erika Pike Turner and Jared M. Sechrist of GARMAN TURNER GORDON LLP.

DATED: December 2, 2025         MY DAILY CHOICE, INC.


By: /s/ *Josh Zwagil*
Josh Zwagil
On Behalf Of My Daily Choice

/ / /

/ / /

1  I consent to the above substitution.

2  DATED: 12/1, 2025         GARMAN TURNER GORDON LLP

3

4  _____
   Present Attorney

5

6  I am duly admitted to practice in this District.

7  Above substitution is accepted.

8  DATED: 12/2/25, 2025       WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.

9

10 _____
   Jared M. Sechrist
11 Nevada Bar No. 10439

12

13

14 IT IS SO ORDERED, Jared M. Sechrist of tthe law firm WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P. is substituted as attorney of record for plaintiff in place of Erika Pike Turner and Jared M. Sechrist of GARMAN TURNER GORDON LLC.
15
16

17

18

19

20

21

22 _____
   Hon. Maximiliano D. Couvillier III
   United States Magistrate Judge
23 Dated: 1-8-26

24

25

26

27

28