**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| My Daily Choice, Inc., | Case No. 2:25-cv-00205-CDS-MDC |
| Plaintiff | **Notice of Intent to Dismiss Under Rule 4(m) of the Federal Rules of Civil Procedure** |
| v. | |
| Cole T. Evans, | |
| Defendant | |

Although the complaint in this action was filed on January 30, 2025, the deadline for plaintiff My Daily Choice, Inc. to serve defendant Cole Evans was enlarged to March 2, 2026. ECF No. 25.

To date, there is no proof of service filed. Notice is given that this action will be dismissed without prejudice as to Cole Evans unless proof of service is filed by March 12, 2026. Service on the party must have taken place prior to the expiration of the time limit set forth in Judge Couvillier's December 15, 2025 order, or good cause must be shown as to why such service was not made in that period.

Failure to comply with this notice by March 12th will result in the dismissal of Cole Evans pursuant to Federal Rule of Civil Procedure 4(m).

Dated: March 5, 2026

_____
Cristina D. Silva
United States District Judge