# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| My Daily Choice, Inc., | Case No. 2:25-cv-00205-CDS-MDC |
| Plaintiff | **Order Dismissing Defendant Evans under Fed. R. Civ. P. 4(m)** |
| v. | |
| Cole T. Evans, | |
| Defendant | |

On March 5, 2026, the court notified plaintiff My Daily Choice, Inc., of its intent to dismiss under Federal Rule of Civil Procedure 4(m) for failure to serve Cole T. Evans. ECF No. 28. That notice advised that "this action will be dismissed without prejudice as to Cole Evans unless proof of service is filed by March 12, 2026." *Id.* "Service on the party must have taken place prior to the expiration of the time limit set forth in Judge Couvillier's December 15, 2025 order, or good cause must be shown as to why such service was not made in that period. Failure to comply with this notice . . . will result in the dismissal of Cole Evans . . . ." *Id.* That deadline passed without notice of service.

Because the plaintiff has not demonstrated that Cole Evans was served by March 2, 2026 (the time prescribed by Judge Couvillier), IT IS ORDERED that the claims against Evans are dismissed without prejudice. The Clerk of Court is kindly instructed to terminate Evans as a party in this case.

Dated: March 19, 2026

_____
Cristina D. Silva
United States District Judge